**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for Defendant
ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN MORGAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME,<br><br>             Defendant. | Case No. 3:25-cv-00267-MMD-CLB<br><br>**ORDER GRATING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

WHEREAS, Plaintiff MAUREEN MORGAN ("Plaintiff") filed her Complaint ("Complaint") in this matter on June 2, 2025 [ECF No. 1];

WHEREAS, Plaintiff filed a Proof of Service stating Plaintiff served Defendant ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME ("Defendant") with a summons and Complaint on June 3, 2025 [ECF No. 6];

1  WHEREAS, the current deadline for Defendant to answer or otherwise
2  respond to the Complaint is June 24, 2025;

3  WHEREAS, Defendant has requested and Plaintiff has stipulated to a three-
4  week extension of time, to and including July 15, 2025, of Defendant's deadline to
5  answer or otherwise respond to the Complaint so that the parties may explore the
6  potential for early settlement;

7  WHEREAS, Plaintiff and Defendant are unaware of any current Court
8  deadlines that will be affected by their stipulation herein;

9  NOW, THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

10  Defendant's deadline to answer or otherwise respond to the Complaint shall
11  be extended to and including July 15, 2025.

13  DATED:  June 23, 2025        LAW OFFICE OF MARK MAUSERT

By: /s/ Mark L. Mausert
Mark L. Mausert
Sean McDowell
Attorneys for Plaintiff MAUREEN MORGAN

21  DATED:  June 23, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Jessica Beeler*
JESSICA BEELER
Attorneys for Defendant ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME

159014522.1

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2025