**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD &
SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789

Attorneys for Defendant
ROYAL FLOORS LLC d/b/a ROYAL
CARPET ONE FLOOR & HOME

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN MORGAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME,<br><br>              Defendant. | Case No. 3:25-cv-00267-MMD-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(SECOND REQUEST)** |

WHEREAS, Plaintiff MAUREEN MORGAN ("Plaintiff") filed her

Complaint ("Complaint") in this matter on June 2, 2025 [ECF No. 1];

WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

CARPET ONE FLOOR & HOME ("Defendant") stipulated to an extension of time,

to and including July 15, 2025, of Defendant's deadline to answer or otherwise

respond to the Complaint [ECF No. 7];

WHEREAS, this Court entered an Order Granting Stipulation Extending Time

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

for Defendant to Respond to Plaintiff's Complaint (First Request) [ECF No. 8] in which the Court extended Defendant's deadline to answer or otherwise respond to the Complaint to and including July 15, 2025;

WHEREAS, the parties have reached a settlement in principle that will resolve this action in its entirety and are in the process of documenting the settlement;

WHEREAS, the parties require some additional time to document their settlement and effectuate it so that the parties can stipulate to dismiss this action with prejudice;

WHEREAS, the parties stipulate to extend Defendant's deadline to answer or otherwise respond to the Complaint to and including August 14, 2025;

WHEREAS, Plaintiff and Defendant are unaware of any current Court deadlines that will be affected by their stipulation herein;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to and including August 14, 2025.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DATED:  July 15, 2025          LAW OFFICE OF MARK MAUSERT


By:    /s/ Mark L. Mausert
       Mark L. Mausert
       Sean McDowell
       Attorneys for Plaintiff MAUREEN
       MORGAN

DATED:  July 15, 2025          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ Jessica Beeler
       JESSICA BEELER
       Attorneys for Defendant ROYAL
       FLOORS LLC d/b/a ROYAL
       CARPET ONE FLOOR & HOME


**IT IS SO ORDERED.**

**DATED:**  July 17, 2025


_____
UNITED STATES MAGISTRATE JUDGE