1
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
2  NEVADA BAR NO. 007254
JESSICA BEELER
3  Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD &
SMITH LLP
5  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
6  TEL: 702.893.3383
FAX: 702.893.3789

7

8  Attorneys for Defendant
ROYAL FLOORS LLC d/b/a ROYAL
9  CARPET ONE FLOOR & HOME

10

UNITED STATES DISTRICT COURT

11

DISTRICT OF NEVADA

12

13

14  MAUREEN MORGAN,

15         Plaintiff,

16    vs.

17  ROYAL FLOORS LLC d/b/a ROYAL
CARPET ONE FLOOR & HOME,
18

19         Defendant.

20

Case No. 3:25-cv-00267-MMD-CLB

**ORDER GRANTING
STIPULATION EXTENDING
TIME FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S
COMPLAINT
(THIRD REQUEST)**

21

22      WHEREAS, Plaintiff MAUREEN MORGAN ("Plaintiff") filed her

23  Complaint ("Complaint") in this matter on June 2, 2025 [ECF No. 1];

24      WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

25  CARPET ONE FLOOR & HOME ("Defendant") stipulated [ECF No. 7] to an

26  extension of time, to and including July 15, 2025, of Defendant's deadline to answer

27  or otherwise respond to the Complaint;

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161601547.1                          1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1    WHEREAS, this Court entered an Order Granting Stipulation Extending Time

2  for Defendant to Respond to Plaintiff's Complaint (First Request) [ECF No. 8] in

3  which the Court extended Defendant's deadline to answer or otherwise respond to the

4  Complaint to and including July 15, 2025;

5    WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

6  CARPET ONE FLOOR & HOME ("Defendant") stipulated again [ECF No. 9] to an

7  extension of time, to and including August 14, 2025, of Defendant's deadline to

8  answer or otherwise respond to the Complaint;

9    WHEREAS, this Court entered an Order Granting Stipulation Extending Time

10  for Defendant to Respond to Plaintiff's Complaint (Second Request) [ECF No. 10] in

11  which the Court extended Defendant's deadline to answer or otherwise respond to the

12  Complaint to and including August 14, 2025;

13    WHEREAS, the parties have reached a settlement in principle that will

14  resolve this action in its entirety and are in the process of documenting the

15  settlement;

16    WHEREAS, the parties require some additional time to document their

17  settlement and effectuate it so that the parties can stipulate to dismiss this action

18  with prejudice;

19    WHEREAS, the parties stipulate to extend Defendant's deadline to answer or

20  otherwise respond to the Complaint to and including September 15, 2025;

21

22    NOW, THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

23    Defendant's deadline to answer or otherwise respond to the Complaint shall

24  be extended to and including September 15, 2025.

25

26

27

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   DATED:  August 14, 2025          LAW OFFICE OF MARK MAUSERT

2

3

4
                                     By:   ___*/s/ Mark L. Mausert*_____
5                                          Mark L. Mausert
                                           Sean McDowell
6                                          Attorneys for Plaintiff MAUREEN
                                           MORGAN
7

8

9   DATED:  August 14, 2025          LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11
                                     By:   ___*/s/ Jessica Beeler*_____
12                                         JESSICA BEELER
13                                         Attorneys for Defendant ROYAL
                                           FLOORS LLC d/b/a ROYAL
14                                         CARPET ONE FLOOR & HOME

15

16  **IT IS SO ORDERED.**

17  **DATED:** August 15, 2025 _____

18

19
                                     _____
20                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161601547.1                              3