1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
2  NEVADA BAR NO. 007254
JESSICA BEELER
3  Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD &
SMITH LLP
5  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
6  TEL:  702.893.3383
FAX: 702.893.3789
7

8  Attorneys for Defendant
ROYAL FLOORS LLC d/b/a ROYAL
9  CARPET ONE FLOOR & HOME

10
UNITED STATES DISTRICT COURT
11
DISTRICT OF NEVADA
12

13
| | |
|---|---|
| MAUREEN MORGAN, | Case No. 3:25-cv-00267-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | **(FOURTH REQUEST)** |
| ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME, | |
| Defendant. | |

21

22      WHEREAS, Plaintiff MAUREEN MORGAN ("Plaintiff") filed her

23  Complaint ("Complaint") in this matter on June 2, 2025 [ECF No. 1];

24      WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

25  CARPET ONE FLOOR & HOME ("Defendant") stipulated [ECF No. 7] to an

26  extension of time, to and including July 15, 2025, of Defendant's deadline to answer

27  or otherwise respond to the Complaint;

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162982203.1                          1

1    WHEREAS, this Court entered an Order Granting Stipulation Extending Time

2  for Defendant to Respond to Plaintiff's Complaint (First Request) [ECF No. 8] in

3  which the Court extended Defendant's deadline to answer or otherwise respond to the

4  Complaint to and including July 15, 2025;

5    WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

6  CARPET ONE FLOOR & HOME ("Defendant") stipulated again [ECF No. 9] to an

7  extension of time, to and including August 14, 2025, of Defendant's deadline to

8  answer or otherwise respond to the Complaint;

9    WHEREAS, this Court entered an Order Granting Stipulation Extending Time

10  for Defendant to Respond to Plaintiff's Complaint (Second Request) [ECF No. 10] in

11  which the Court extended Defendant's deadline to answer or otherwise respond to the

12  Complaint to and including August 14, 2025;

13    WHEREAS, Plaintiff and Defendant ROYAL FLOORS LLC d/b/a ROYAL

14  CARPET ONE FLOOR & HOME ("Defendant") stipulated again [ECF No. 11] to an

15  extension of time, to and including September 15, 2025, of Defendant's deadline to

16  answer or otherwise respond to the Complaint;

17    WHEREAS, this Court entered an Order Granting Stipulation Extending Time

18  for Defendant to Respond to Plaintiff's Complaint (Third Request) [ECF No. 12] in

19  which the Court extended Defendant's deadline to answer or otherwise respond to the

20  Complaint to and including September 15, 2025;

21    WHEREAS, the parties have reached a settlement in principle that will resolve

22  this action in its entirety and are working together to finalize documenting the

23  settlement;

24    WHEREAS, the parties require some further time to document their settlement

25  and effectuate it so that the parties can stipulate to dismiss this action with prejudice;

26    WHEREAS, the parties stipulate to extend Defendant's deadline to answer or

27  otherwise respond to the Complaint to and including October 15, 2025;

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162982203.1

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1      NOW, THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

2      Defendant's deadline to answer or otherwise respond to the Complaint shall

3   be extended to and including October 15, 2025.

4

5

6   DATED: September 11, 2025        LAW OFFICE OF MARK MAUSERT

7

8

9                                   By:   _____/s/ Mark L. Mausert_____

10                                        Mark L. Mausert
                                          Sean McDowell
11                                        Attorneys for Plaintiff MAUREEN
                                          MORGAN
12

13

14  DATED: September 11, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

15

16

17                                  By:   _____/s/ Jessica L. Beeler_____
                                          JESSICA BEELER
18                                        Attorneys for Defendant ROYAL
                                          FLOORS LLC d/b/a ROYAL
19                                        CARPET ONE FLOOR & HOME

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162982203.1                                    3
            STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1              **ORDER**

2  **IT IS SO ORDERED.**

3              _____

4              United States Magistrate Judge

5              Dated:  <u>September 12, 2025</u>

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162982203.1                      4

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT