1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSH COLE AICKLEN
2  NEVADA BAR NO. 007254
   JESSICA BEELER
3  Nevada Bar No. 15387
   Jessica.Beeler@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   TEL: 702.893.3383
6  FAX: 702.893.3789

*Attorneys for Defendant*
*ROYAL FLOORS LLC d/b/a ROYAL*
*CARPET ONE FLOOR & HOME*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MAUREEN MORGAN, | Case No. 3:25-cv-00267-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME, | |
| Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

167039172.1          1          Case No. 3:25-cv-00267-MMD-CLB
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MAUREEN MORGAN and Defendant ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME (collectively, the Parties"), by and through their respective undersigned counsel of record, that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 13th day of November, 2025

**LAW OFFICE OF MARK MAUSERT**

/s/ *Sean McDowell*
MARK MAUSERT
Nevada Bar No. 2398
SEAN MCDOWELL
Nevada Bar No. 15962
729 Evans Avenue
Reno, NV 89512

*Attorneys for Plaintiff*
*MAUREEN MORGAN*

Dated this 13th day of November, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jessica Beeler*
JOSH COLE AICKLEN
Nevada Bar No. 007254
JESSICA BEELER
Nevada Bar No. 15387
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Defendant ROYAL FLOORS LLC d/b/a ROYAL CARPET ONE FLOOR & HOME*

**IT IS SO ORDERED.**

**ORDER**

_____
United States District Judge

Dated: November 14, 2025